**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number *(it known)*: _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space Is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Art's Lobster Co., Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business* as names

3. **Debtor's federal Employer Identification Number (EIN)**  01-0521363

4. **Debtor's address**

   **Principal place of business**
   75 St. John Street
   Number  Street

   Portland    ME    04102
   City        State  ZIP Code

   Cumberland County
   County

   **Mailing address, If different from principal place of business**
   _
   Number   Street

   P.O. Box 389
   P.O. Box

   Portland    ME    04112
   City        State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   6 Boatyard Road
   Number  Street

   Tenants Harbor    ME    04860
   City              State  ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 1

| Debtor | Art's Lobster Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
4244

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes. District _____ When ____/____/____ Case number _____
                                    MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When ____/____/____ Case number _____
                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes. Debtor  Cozy Harbor Seafood, Inc.    Relationship  Affiliate
District  District of Maine                 When  ____/____/____
                                                  MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor  Art's Lobster Co., Inc.
_____
Name

Case number (if known)_____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? **6 Boatyard Rd**
                      Number   Street

**Tenant's Harbor**       **ME**    **04860**
City                      State    ZIP Code

Is the property insured?

☐ No

☑ Yes. Insurance agency **Acadia Insurance**

Contact name _____

Phone **1-800-773-4300**

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Art's Lobster Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/16/2025
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

John S. Norton, Jr.
Printed name

Title Authorized Party

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date 06/16/2025
MM / DD / YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number    Street

Portland                              ME         04101
City                                  State      ZIP Code

2077741200                            sanderson@bernsteinshur.com
Contact phone                         Email address

9809                                  ME
Bar number                            State

Debtor  Art's Lobster Co., Inc.                                    Case number (if known)_____
        First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| Location Of Assets | 20 West Commercial Street Portland, ME 04102, Cumberland County |
| Location Of Assets | 60 Commercial Street Everett, MA 02149, Middlesex County |

**10) Pending Bankruptcies**

| | |
|---|---|
| Casco Bay Lobster Co., Inc. | District of Maine |

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy

## ART'S LOBSTER CO., INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

### June 16, 2025

The undersigned, constituting all of the members of the Board of Directors (the "**Directors**") of Art's Lobster Co., Inc. (the "**Company**"), hereby adopt the following resolutions (the "**Resolutions**") in accordance with those certain Bylaws of the Company, as the same may be or may have been amended from time to time:

| | |
|---|---|
| **WHEREAS:** | The Directors constitute all of the Directors of the Company; and further, |
| **WHEREAS:** | The Directors have reviewed and considered the financial and operating condition of the Company, including historical performance of the foregoing, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Directors being apprised of the efforts to reorganize the Company; and further, |
| **WHEREAS:** | The Directors have determined it desirable and in the best interests of the Company, its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to possibly pursue debtor in possession financing, the potential sale or sales of some or all of the Company's assets, and/or a potential reorganization; and further, |
| **RESOLVED:** | That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under Chapter 11; |
| **RESOLVED:** | That John Norton and Joseph Donovan (the "**Authorized Parties**"), be and hereby are authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, |

proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and/or to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:** That the Authorized Parties are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the Chapter 11 proceedings if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company; and further,

**RESOLVED** That any and all actions taken in relation to the matters authorized by these Resolutions, but taken prior to the date of these Resolutions, are hereby ratified and confirmed in all respects.

ART'S LOBSTER CO., INC.

By: _____
Name: John Norton
Title: Director

By: _____
Name: Joseph Donovan
Title: Director

**United States Bankruptcy Court**

**IN RE:**  Case No._____

Art's Lobster Co., Inc.

_____  Chapter  11 _____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Cozy Harbor Seafood, Inc.<br>75 St. John Street, Portland, ME 04102 | 100 | Common stockholder |

**Fill in this information to identify the case:**

Debtor name: Art's Lobster Co., Inc.

United States Bankruptcy Court for the: District of Maine

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | William Lunt<br>P.O. Box 198<br>Tenants Harbor, ME, 04860 | | | | | | 2,720.00 |
| 2 | Tytan International LLC<br>801 Carpenters Crossing<br>Folcroft, PA, 19032 | | Services | | | | 2,547.50 |
| 3 | Cunningham Security Systems<br>325 US Route 1<br>Falmouth, ME, 04105 | | Services | | | | 1,425.76 |
| 4 | Maritime Energy<br>P.O. Box 485<br>Rockland, ME, 04841 | | Services | | | | 496.17 |
| 5 | Consolidated Communications<br>P.O. Box 11021<br>Lewiston, ME, 04243 | | Telephone / Internet services | | | | 414.04 |
| 6 | Crown Lift Trucks<br>P.O. Box 641173<br>Cincinatti, OH, 45264-1173 | | Services | | | | 179.00 |
| 7 | Charter Communications<br>P.O. Box 6030<br>Carol Stream, IL, 60197-6030 | 877-636-3278 | Telephone / Internet services | | | | 143.95 |
| 8 | MIDCOAST MARINE SUPPLY<br>153 New County Road<br>Thomaston, ME, 04861 | | Services | | | | 106.13 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Art's Lobster Co., Inc.    Case number (*if known*)_____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Office of the Maine State Treasurer<br>39 State House Station, Burton M. Cross Office Building<br>111 Sewall Street<br>Augusta, ME, 04333-0039 | | | | | | 100.00 |
| 10 | Darrell Olsen<br>P.O. Box 24<br>Port Clyde, ME, 04855-0024 | | Services | | | | 100.00 |
| 11 | Belinda Anderson<br>P.O. Box 10<br>Tenants Harbor, ME, 04860 | banderson@cozyharbor.com | | | | | 11.47 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Art's Lobster Co., Inc_____

United States Bankruptcy Court for the: _____ District of __Maine__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders and List of Equity Shareholders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/01/2025__     ✗ __/s/ Joe Donovan_____
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

__Joe Donovan_____
Printed name

__Authorized Party_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court
District of Maine

In re: Art's Lobster Co., Inc.

Case No.

Chapter   11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 7/1/2025

/s/ Joe Donovan
Signature of Individual signing on behalf of debtor

**Authorized Party**
Position or relationship to debtor

```
Al Butler
190 Water Street
P.O Box 178
Gardiner        ME      04345

Alan A Post
PO Box 4
South Thomaston ME
04858

Alex Ausplund
340 Wallston Road
Tenants Harbor  ME      04860

Office of the United States Trustee
Ann-Marie Dirsa
53 Pleasant Street, Suite 2300
Concord NH      03301

Bangor Savings Bank
20 Marginal Way
Portland        ME      04101

Belinda Anderson
P.O. Box 10
Tenants Harbor  ME      04860

Brendan G. Newell
7 Creek Lane
Damariscotta    Maine   04543

Camden National Bank
2 Elm Street
Camden  ME      04843

Central Maine Power
P.O BOX 847810
BOSTON  MA      02284-7810

Charter Communications
P.O. Box 6030
Carol Stream    IL      60197

City of Portland
389 Congress Street
P.O. Box 544
Portland        ME      04112

Consolidated Communications
```

```
P.O. Box 11021
Lewiston        ME      04243

Crown Lift Trucks
P.O. Box 641173
Cincinatti      OH      45264

Cunningham Security Systems
325 US Route 1
Falmouth        ME      04105

Dale Carlson
P. O. Box 441
Tenants Harbor  Maine   04860

Darrell Olsen
P.O. Box 24
Port Clyde      ME      04855

David Hupper
20 Hupper Lane
Tenants Harbor  ME      04860

Office of the United States Trustee
Heather Sprague
5 Post Office Square, Suite 1000
Boston  MA      02109

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

John Armstong
PO Box 127
Tenants Harbor  ME      04860

John Hansen
P.O. Box 426
Tenants Harbor  ME      04860

Key Bank, N.A.
One Canal Plaza 3rd Floor
Portland        ME      04101

Maine Revenue Services
c/o John Burke, Esq., AAG
6 State House Station
Augusta, ME 04333-0006
```

```
Maritime Energy
P.O. Box 485
Rockland         ME       04841

Michael Ames
570 Port Clyde Road
Tenants Harbor   ME       04860

MIDCOAST MARINE SUPPLY
153 New County Rd
Thomaston        ME       04861

Mike Hahn
20 Marginal Way
Portland         ME       04101

Ocean Explorer, LLC
PO Box 6
Tenants Harbor   ME       04860

Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

O'Hara Corporation
120 Tillson Avenue
Suite 100
Rockland         ME       04841

R & D Trash Removal, Inc.
PO Box 130
Thomaston        ME       04861

TD Bank 1 Portland Square
Suite 4
Portland         ME       04101

Tenants Harbor Wharf LLC
P.O. Box 389
Portland         ME       04112

Tytan International, LLC
801 Carpenters Crossing
Folcroft         PA       19032

Verrill Dana
c/o Roger Clement
One Portland Square - 10th Floor
```

```
Portland         ME        04101

Village of Tenants Harbor
3 School Street
Tenants Harbor   ME        04860

Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300-100
Minneapolis      MN        55412

William Lunt
P.O Box 198
Tenants Harbor   Maine     04860
```